## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEMETRIUS DIXION
ADC #144746                                                                 PLAINTIFF

v.                          No. 3:14-cv-301-DPM-JTR

MIKE ALLEN, Sheriff, Crittenden County
Detention Center; ROBERT COLEMAN,
Administrator, Crittenden County Detention
Center; TERREA BOHNER, Chief Jailer,
Crittenden County Detention Center; DAVIS,
Officer, Crittenden County Detention Center;
and MANDY CHILDRESS, Nurse, Crittenden
County Detention Center                                              DEFENDANTS

### ORDER

**1.** Dixion has filed this *pro se* § 1983 action saying that defendants

violated his constitutional rights while he was a pretrial detainee in the

Crittenden County Detention Center. № 2 & 6. The Court must screen

Dixion's complaint. 28 U.S.C. § 1915A.

**2.** Dixion says that Coleman, Bohner, and Allen violated his due process

rights by failing to respond to his grievances. Prisoners do not have a

constitutional right to a grievance procedure. *Lomholt v. Holder*, 287 F.3d 683,

684 (8th Cir. 2002) (*per curiam*). The failure-to-respond-to- grievances claims

are dismissed, and Coleman, Bohner, and Allen are dismissed without prejudice as defendants.

**3.** Dixion has, however, pleaded plausible claims that Davis used excessive force against on 6 November 2014 and that Childress failed to provide him with adequate medical care for his injuries.

The Clerk is directed to prepare a summons for Davis and Childress. The U.S. Marshal is directed to serve the summons, complaint, amended complaint and this Order on them without prepayment of fees and costs or security therefor. If either of the defendants is no longer a county employee, the individual responding to service must file the unserved defendant's last known private mailing address under seal.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

20 April 2015