**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEMETRIUS DIXION,                                                                                  PLAINTIFF
ADC # 144746

V.                                         3:14CV00301 DPM/JTR

DAVIS, Officer, Crittendon County, et al.                                               DEFENDANTS

### ORDER

The summons issued for Defendant "Davis" at the Crittendon County Jail has been returned to the Court unexecuted by the United States Marshal Service. *Doc. 9.*

It is the responsibility of a prisoner proceeding *pro se* and *in forma pauperis* in a § 1983 action to provide the Court and the U.S. Marshal Service with proper service addresses for the defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). The Court will allow Plaintiff forty-five (45) days from the date of this Order to ascertain a valid service address for Davis. Plaintiff is advised that the failure to timely and properly comply with this Order may result in dismissal, without prejudice, of the claims against Davis. *See* Fed. R. Civ. P. 4(m) (providing that a Court may *sua sponte* dismiss a defendant if he or she is not served within 120 days of the filing of the complaint).

IT IS SO ORDERED this 3rd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE