**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DEMETRIUS DIXON,**                                                                                          **PLAINTIFF**
**ADC # 144746**

V.                                              Case No. 3:14CV00301 DPM/BD

**MIKE ALLEN, et al.**                                                                              **DEFENDANTS**

### ORDER

Demetrius Dixon is proceeding *pro se* in this § 1983 action. He has filed a motion to amend his complaint and a motion to compel the Crittenden County Jail to provide an address for Officer Davis. (Docket entries #13, #16)

A.      Motion to Amend Complaint

In his motion to amend, Mr. Dixon asks to add a failure-to-protect claim and a failure-to-supervise claim against each Defendant. (#13) He provides no allegations, however, as to how the remaining Defendants were personally involved in the events underlying these causes of action. For this reason, Mr. Dixon's motion to amend his complaint (#13) is DENIED. He is not precluded from filing a properly supported motion to amend his complaint.

B.      Motion to Compel

A summons issued for Officer Davis was returned unexecuted by the United States Marshal Service. (#9) Mr. Dixon has filed a motion to compel the Crittenden County Jail to provide a new address for Officer Davis, stating that Officer Davis is no longer employed at the Crittenden County Jail. (#16) Mr. Dixon's motion (#16) is GRANTED.

The Warden of the Crittenden County Jail is ordered to provide the Court the last known address for Officer Davis, under seal, or explain why he is unable to do so within 14 days. The Clerk of the Court is directed to provide a copy of this Order to the Warden of the Crittenden County Jail, 350 AFCO Road, West Memphis, AR, 72301.

IT IS SO ORDERED this 20th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE