IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS DIXON,**                                                                            **PLAINTIFF**
**ADC # 144746**

V.                              Case No. 3:14CV00301 DPM/BD

**MIKE ALLEN, et al.**                                                                          **DEFENDANTS**

## ORDER

A summons issued for Officer Davis was returned unexecuted by the United States Marshal Service. (Docket entry #9) Pursuant to a Court Order, the Warden of the Crittenden County Jail provided the last-known address for Defendant Davis under seal. (#23) The Clerk of Court is directed to prepare a summons for Defendant Davis, and the United States Marshal is directed to serve Defendant Davis with a summons and a copy of the complaint (#2) without prepayment of fees and costs or security therefor at the address provided under seal. Importantly, the Defendant's private mailing address must be <u>redacted</u> from the return of service and any other public portion of the record.

IT IS SO ORDERED this 4th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE