# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DEMETRIUS DIXON,**                                                                                   **PLAINTIFF**
**ADC # 144746**

V.                              Case No. 3:14CV00301 DPM/BD

**MIKE ALLEN, et al.**                                                                                **DEFENDANTS**

## ORDER

The most recent summons issued to Defendant Davis and sent to an address under seal has been returned to the court unexecuted. (Docket entry #25) A previous summons was returned unexecuted by the Crittenden County Jail. (#9)

It is Mr. Dixon's responsibility to provide the Court and the U.S. Marshal Service with valid service addresses for Defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). Mr. Dixon has until September 21, 2015, to ascertain a valid service address for Defendant Davis and file a "Motion for Service," so that service can once again be attempted upon Defendant Davis. Mr. Dixon may use the discovery process set forth in the Federal Rules of Civil Procedure, for example Rule 33, to find Mr. Davis's address; or he may use other means. But, Mr. Dixon is warned that if he does not comply with this Order, claims against Defendant Davis will be dismissed, without prejudice. See Fed. R. Civ. P. 4(m).

Mr. Dixon is further instructed not to file discovery requests or responses with the Court unless they are necessary to support a motion or response to a motion, or to comply with a court order. See Fed. R. Civ. P. 5(d).

IT IS SO ORDERED, this 19th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE