# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEMETRIUS DIXON,**  PLAINTIFF
**ADC # 144746**

V.  NO. 3:14CV00301 DPM/BD

**MIKE ALLEN, et al.**  DEFENDANTS

## ORDER

Plaintiff Demetrius Dixon's mail has been returned to the Court as undeliverable. (Docket entry # 32) A plaintiff who is proceeding *pro se* must promptly notify the Clerk and any other parties of any change in his or her address. Local Rule 5.5(c)(2). Therefore, Mr. Dixon is directed to notify the Court of his new address within thirty days of entry of this order. Failure to comply with this Order may result in dismissal of this lawsuit under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 10th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE