IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DEMETRIUS DIXON,**                                                                                    **PLAINTIFF**
**ADC # 144746**

**V.**                                   **NO. 3:14CV00301 DPM/BD**

**MIKE ALLEN, et al.**                                                                                  **DEFENDANTS**

RECOMMENDED DISPOSITION

I.   **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion:**

Plaintiff Demetrius Dixon filed this lawsuit pro se and is proceeding *in forma pauperis*.  (Docket entries #1 and #2)  At the time he filed his complaint, Mr. Dixon was an inmate in the Arkansas Department of Correction ("ADC").  Shortly after Mr. Dixon filed suit, the Court notified him of his duty "to promptly notify the Clerk and other parties . . . of any change in his . . . address."  (#3)

On November 9, 2015, the ADC returned mail addressed to Mr. Dixon to the Court with a notation that Mr. Dixon had been paroled.  On November 10, 2015, the Court ordered Mr. Dixon to provide his current address within thirty days or risk dismissal of the lawsuit.  (#33)  To date, Mr. Dixon has failed to comply with the Court's Order, and the time allowed for him to update his address has passed.

**III.	Conclusion:**

The Court recommends that Mr. Dixon' claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 10, 2015 Order.

DATED this 14th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE