IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS DIXON
ADC #144746                                                                              PLAINTIFF

v.                          No. 3:14-cv-301-DPM

ANTHONY DAVIS, Officer, Crittenden County
Detention Center; and MANDY CHILDRESS,
Nurse, Crittenden County Detention Center                       DEFENDANTS

ORDER

Unopposed recommendation, № 41, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Dixon hasn't kept his address current; his mail is being returned. № 42. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 January 2016