IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEMETRIUS DIXON
ADC #144746                                                                         PLAINTIFF

v.                              No. 3:14-cv-301-DPM

MIKE ALLEN, Sheriff, Crittenden County
Arkansas; ROBERT COLEMAN, Administrator,
Crittenden County Detention Center; TERREA
BOHNER, Chief Jailer, Crittenden County Detention
Center; ANTHONY DAVIS, Officer, Crittenden County
Detention Center; and MANDY CHILDRESS, Nurse,
Crittenden County Detention Center                                                  DEFENDANTS

## JUDGMENT

Dixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 January 2016